# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0355**

City of Huntsville v. Justin Bell (Appeal from Madison Circuit Court: CC-22-4788)

## <u>NOTICE</u>

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk